**FILED**

JUN 18 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARON HALL
2502 TIMBERCREST DR.
FORESTVILLE MD. 20747
240-462-0049

VS

EMC CORPORATION
EMC2
EMC WORLWIDE
176 South Street
Hopkinton, MA 01748

CIVIL ACTION NO. __08 1038__

PLAINTIFF'S MOTION TO APPOINT COUNSEL

SET FORTH THE FACTS OF YOUR CASE,

I WOULD LIKE TO HAVE COUNSEL APPOINTED TO ME TO REPRESENT ME

BECAUSE I AM UNABLE TO AFFORD LEGAL COUNSEL ON MY OWN. I HAVE

RECEIVED A RIGHT TO SUE LETTER FROM THE EEOC REGARDING SEX, RACE

DISCRIMINATION AND RETALIATION WHICH LEAD TO CONSTRUCTIVE

DISCHARGE IN JUNE 2006.

*Sharon A. Hall*
SHARON HALL
2502 Timbercrest Dr.
Forestville MD. 20747

**RECEIVED**

MAY 28 2008

Clerk, U.S. District and
Bankruptcy Courts

3