IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON HALL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EMC CORPORATION, et al. )<br>)<br>    Defendants. )<br>) | Civil Action No. 08-1038 HHK |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendants, EMC Corporation, EMC2 and EMC Worldwide[1] (collective referred to as "EMC") submits the following disclosure statement.

I, the undersigned counsel of record for EMC Corporation, certify that to the best of my knowledge and belief, EMC Corporation, a publicly traded corporation, does not have a parent corporation.

These representatives are made in order that Judges of the Court may determine the need for recusal.

Date: July 16, 2008

                                              Respectfully Submitted,

                                              ____/s/_____
                                              Suzzanne W. Decker, (Bar No. 445301)
                                              Miles & Stockbridge P.C.
                                              10 Light Street
                                              Baltimore, MD 21202

---

[1] EMC2 and EMC Worldwide are not separate legal entities. EMC Corporation is a legal entity and was the employer of Ms. Hall.

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, a true copy of the Disclosure of Corporate Affiliation and Financial Interest was filed electronically. Notice of this filing will be sent to the following via First Class mail and certified mail, return receipt on:

>Sharon Hall, *pro se*
>2502 Timber Crest Drive
>Forestville, Maryland  20747
>**(Certified Mail No. 7005 1820 0002 9099)**

>_____/s/_____
>Suzzanne W. Decker, (Bar No. 445301)